UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL WILLIAMSON,<br><br>    Petitioner,<br><br>v.<br><br>MAGGIE MILLER STOUT,<br><br>    Respondent. | No. CV-02-0080-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING SUCCESSIVE MOTION TO NINTH CIRCUIT COURT OF APPEALS |

Magistrate Judge Imbrogno filed a Report and Recommendation on April 17, 2006, recommending the "Successive Motion" (Ct. Rec. 71) be transferred to the Ninth Circuit Court of Appeals. There being no objections, the Court **ADOPTS** the Report and Recommendation.

**IT IS SO ORDERED**. The District Court Executive shall forward copies of this Order to Petitioner and counsel for Respondent, and **TRANSFER** a copy of the Successive Motion (Ct. Rec. 71), the Report and Recommendation (Ct. Rec. 72), and this Order to the Ninth Circuit. The file shall be closed.

**DATED** this \_\_11th\_\_ day of May, 2006.

                S/ Edward F. Shea
                EDWARD F. SHEA
                United States District Judge

Q:\Civil\2002\02cv080ci-5-3.orderadopt.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING SUCCESSIVE MOTION TO NINTH CIRCUIT COURT OF APPEALS - 1